■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND J. TRAVIS, Appellant. [794 NYS2d 657]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered August 5, 2003, revoking a sentence of probation previously imposed by the same court, upon his admission that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of driving while intoxicated.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Cozier, J.P., S. Miller, Santucci, Smith and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS WEEKS, Appellant. [794 NYS2d 658]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 3, 1997 (*People v Weeks,* 236 AD2d 432 [1997]), affirming a judgment of the Supreme Court, Kings County, rendered March 20, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Santucci and Luciano, JJ., concur.